UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARJORIE MILLS-DIXON,

                      Plaintiff(s),

- against -

WHITE CASTLE MANAGEMENT CO.,

                      Defendants.
-----------------------------------------------------------X

**Civil Action No.:**
**08-CV-0973(LAP)**

**NOTICE TO TAKE**
**DEPOSITION UPON**
**ORAL EXAMINATION**

C O U N S E L O R S :

**PLEASE TAKE NOTICE**, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony upon oral examination of the persons indicated below, or where no person is indicated, by an officer or director of each such entity with knowledge regarding the subject matter of this action, as an adverse party will be taken before a Notary Public who is not an attorney, or an employee of an attorney, for any prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the dates and times indicated below, with respect to evidence material and necessary in the prosecution/defense of this action. That the said persons to be examined are required to produce at such examination all the books, records, documents, letters and memorandum under their possession or control containing any entry, memorandum or other matter in any way relevant to the facts and circumstances of this action; and upon the failure to produce same, parol or secondary evidence thereof will be given.

**WITNESS:** Plaintiff, Marjorie Mills-Dixon

**DATE:** April 25, 2008

**TIME:** 10:00 A.M.

**PLACE:** Sobel & Kelly, P.C. 464 New York Avenue, Suite 100, Huntington, NY 11743

**DATED:** Huntington, New York
February 25, 2008

Yours, etc.

_____
CURTIS SOBEL (CS-0964)
SOBEL & KELLY, P.C.
Attorneys for Defendant,
WHITE CASTLE MANAGEMENT CO
464 New York Avenue, Suite 100
Huntington, New York 11743
(631) 549-4677
File No.: WC 10009-08

TO: MARK B. RUBIN, ESQ.
Attorney for Plaintiff, MARJORIE MILLS-DIXON
3413 WHITE PLAINS ROAD
BRONX, NEW YORK 10467
(718) 231-1515

DECLARATION OF SERVICE BY MAIL

## DECLARATION OF SERVICE BY MAIL

STATE OF NEW YORK )
                  ) SS:
COUNTY OF SUFFOLK )

LuANN THOMAS hereby declares, pursuant to 28 U.S.C., Section 1746 and Local Civil Rule 1.10 of this Court, that I am not a party to the action; I am over 18 years of age and reside at Middle Island, NY 11953

On February 25, 2008, I served the within **NOTICE TO TAKE DEPOSITION** by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

TO: MARK B. RUBIN, ESQ.
3413 WHITE PLAINS ROAD
BRONX, NEW YORK 10467

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2008

_____
LuANN THOMAS