UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARJORIE MILLS DIXON,           :

       Plaintiff,           :

   -against-           :           ORDER

WHITE CASTLE MANAGEMENT CO.,           :           08 Civ. 973 (LAP)(KNF)

       Defendant.           :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference was held with counsel to the respective parties on May 27, 2008.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    the plaintiff shall serve and file an amended complaint expeditiously;

2.    all discovery, of whatever nature, shall be initiated so as to be completed on or before November 28, 2008; and

3.    a telephonic status conference will be held with the parties on October 6, 2008, at 11:00 a.m. Counsel to the plaintiff shall initiate the telephonic conference on that date.

Dated: New York, New York          SO ORDERED:
       May 28, 2008

                                                               *Kevin Nathaniel Fox*
                                                              KEVIN NATHANIEL FOX
                                                              UNITED STATES MAGISTRATE JUDGE

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/28/08]