Curtis Sobel (cs-0964)
Sobel & Kelly, P.C
Attorneys for Defendant
WHITE CASTLE MANAGEMENT CO.
464 New York Avenue, Suite 100
Huntington, New York 11743
(631) 549-4677

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARJORIE MILLS DIXON,

                Plaintiff,

- against -

WHITE CASTLE MANAGEMENT CO.,
and WHITE CASTLE SYSTEM, INC.,

                Defendants.
------------------------------------------------------------X

**Civil Action Number**
CV 08-0973(LAP)(KNF)

**RULE 7.1 STATEMENT**

      In accordance with Rule 1.9 of the Local Civil Rules of the United States District Court for the Southern District of New York, the undersigned attorney of record for the defendant(s), WHITE CASTLE MANAGEMENT CO. and WHITE CASTLE SYSTEMS, INC., certifies that the said defendants are privately held corporations.

Dated:     Huntington, New York
             June 9, 2008

                                                      CURTIS SOBEL (CS-0964)