UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARJORIE MILLS-DIXON,

                      Plaintiff(s),

- against -

WHITE CASTLE MANAGEMENT CO.,
and WHITE CASTLE SYSTEM, INC.,

                      Defendants.
-----------------------------------------------------------------X

**Civil Action No.:**
**08-CV-0973(LAP)(KNF)**

**NOTICE TO TAKE**
**DEPOSITION UPON**
**ORAL EXAMINATION**

C O U N S E L O R S :

    **PLEASE TAKE NOTICE**, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony upon oral examination of the persons indicated below, or where no person is indicated, by an officer or director of each such entity with knowledge regarding the subject matter of this action, as an adverse party will be taken before a Notary Public who is not an attorney, or an employee of an attorney, for any prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the dates and times indicated below, with respect to evidence material and necessary in the prosecution/defense of this action. That the said persons to be examined are required to produce at such examination all the books, records, documents, letters and memorandum under their possession or control containing any entry, memorandum or other matter in any way relevant to the facts and circumstances of this action; and upon the failure to produce same, parol or secondary evidence thereof will be given.

**WITNESS**:    Plaintiff, Marjorie Mills-Dixon

**DATE**:        August 22, 2008

**TIME**:    10:00 A.M.

**PLACE**:    Sobel & Kelly, P.C. 464 New York Avenue, Suite 100, Huntington, NY 11743

DATED:    Huntington, New York
               June 9, 2008

                                         Yours, etc.

                                         CURTIS SOBEL (CS-0964)
                                         SOBEL & KELLY, P.C.
                                         Attorneys for Defendants,
                                         WHITE CASTLE MANAGEMENT CO
                                         WHITE CASTLE SYSTEM, INC.
                                         464 New York Avenue, Suite 100
                                         Huntington, New York 11743
                                         (631) 549-4677
                                         File No.: WC 10009-08

TO:    MARK B. RUBIN, ESQ.
        Attorney for Plaintiff, MARJORIE MILLS-DIXON
        3413 White Plains Road
        Bronx, New York 10467
        (718) 231-1515